**Order entered January 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00983-CR
No. 05-19-01002-CR
No. 05-19-01003-CR

**EDUARDO ISAI REYES-BONILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-34785-P, F18-34298-P & F18-34784-P**

## ORDER

Before the Court is court reporter Crystal Jones-Brown's January 6, 2020 request for additional time to file the reporter's record in the above appeals. We **GRANT** the request and **ORDER** the reporter's record filed on or before February 7, 2020.

.

/s/    CORY L. CARLYLE
       JUSTICE